IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| OWENS CORNING, *et al.*, | : | Case No. 00-3837 (JKF) |
| | : | |
| Reorganized Debtors.[1] | : | (Jointly Administered) |

### MOTION OF REORGANIZED DEBTORS FOR WITHDRAWAL
### OF THE REFERENCE UNDER 28 U.S.C. § 157(d)

The Reorganized Debtors, by and through their undersigned counsel, hereby move, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Rule 5011-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for entry of an Order withdrawing the reference of proceedings relating to proof of claim number 2853 of Yvonne Cox (the "Claimant") in the amount of $1,141,900 (the "Disputed Claim") to the United States Bankruptcy Court for the District of Delaware.

In support of the Motion, the Reorganized Debtors rely upon (i) the accompanying Brief in Support of Motion of Reorganized Debtors for Withdrawal of the Reference Under 28 U.S.C. § 157(d), (ii) the Declaration of Adam H. Isenberg in Support of Motion of Reorganized Debtors for Withdrawal of the Reference Under 28 U.S.C. § 157(d); and (iii) the pleadings and record in the Chapter 11 bankruptcy cases of Owens Corning, *et al.*, Case No. 00-3837 (JKF).

Prior to filing this Motion, counsel for the Reorganized Debtors contacted counsel for the Claimant and requested the Claimant's consent to the relief requested herein. Counsel for the

---

[1] The Reorganized Debtors are as follows: Owens Corning Sales, LLC f/k/a Owens Corning, CDC Corporation, Engineered Yarns America, Inc., Exterior Systems, Inc., Falcon Foam Corporation, Fibreboard Corporation, HOMExperts LLC, Integrex, Integrex Professional Services LLC, Integrex Testing Systems LLC, Integrex Supply Chain Solutions LLC, Integrex Ventures LLC, Jefferson Holdings, Inc., Owens-Corning Fiberglas Technology Inc., Owens Corning HT, Inc., Owens-Corning Overseas Holdings, Inc., Owens Corning Remodeling Systems, LLC and Soltech, Inc., as reorganized pursuant to the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (as modified through September 26, 2006).

552890 1 10/24/07

Claimant confirmed that the Claimant consents to the withdrawal of the reference as sought in the Motion.

**WHEREFORE**, the Reorganized Debtors respectfully request that the United States District Court enter an order (i) withdrawing the reference of the proceedings relating to the Disputed Claim to the United States Bankruptcy Court for the District of Delaware; and (ii) granting such other and further relief as is necessary and appropriate.

Dated: October 24, 2007

SAUL EWING LLP

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Tel: (302) 421-6800
Fax: (302) 421-6813
npernick@saul.com
kstickles@saul.com

and

Adam H. Isenberg
MaryJo Bellew (No. 4519)
Centre Square West
1500 Market Street
Philadelphia, PA 19102
Tel: (215) 972-7777

Counsel to the Reorganized Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| OWENS CORNING, *et al.*, | : | Case No. 00-3837 (JKF) |
| | : | |
| Reorganized Debtors.[1] | : | (Jointly Administered) |

### ORDER GRANTING MOTION OF REORGANIZED DEBTORS
### FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(d)

THE COURT having considered the Motion of Reorganized Debtors for Withdrawal of the Reference Under 28 U.S.C. § 157(d) (the "Motion") with respect to the proceedings relating to proof of claim number 2853 of Yvonne Cox in the amount of $1,141,900 (the "Disputed Claim") and any response thereto; the Court finding good and sufficient cause for granting the relief requested in the Motion; and after proper notice and opportunity to respond to the Motion having been given; and the Court having jurisdiction over this matter; and the Court otherwise being fully advised over this matter, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.  The Motion is GRANTED.

---

[1] The Reorganized Debtors are as follows: Owens Corning Sales, LLC f/k/a Owens Corning, CDC Corporation, Engineered Yarns America, Inc., Exterior Systems, Inc., Falcon Foam Corporation, Fibreboard Corporation, HOMExperts LLC, Integrex, Integrex Professional Services LLC, Integrex Testing Systems LLC, Integrex Supply Chain Solutions LLC, Integrex Ventures LLC, Jefferson Holdings, Inc., Owens-Corning Fiberglas Technology Inc., Owens Corning HT, Inc., Owens-Corning Overseas Holdings, Inc., Owens Corning Remodeling Systems, LLC and Soltech, Inc., as reorganized pursuant to the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (as modified through September 26, 2006).

2. The reference of the proceedings relating to the Disputed Claim to the United States Bankruptcy Court for the District of Delaware is hereby WITHDRAWN, in its entirety, effective immediately.

                 _____
                 United States District Court Judge

Dated: _____, 2007

## File a Motion:

00-03837-JKF OWENS CORNING, A DELAWARE CORPORATION and Charles W. Stein
Type: bk                     Chapter: 11 v                     Office: 1 (Delaware)
Judge: JKF                   Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, MTRUNADV, CONFIRMED, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Stickles, J. Kate entered on 10/25/2007 at 10:01 AM EDT and filed on 10/25/2007
**Case Name:**        OWENS CORNING, A DELAWARE CORPORATION and Charles W. Stein
**Case Number:**      00-03837-JKF
**Document Number:** 20621

**Docket Text:**
Motion to Withdraw the Reference Fee Amount $150. Filed by OWENS CORNING, ET AL., Reorganized Debtors. (Attachments: # (1) Proposed Form of Order) (Stickles, J.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\00-3837\552890\Motion to Withdrawal Reference.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/25/2007] [FileNumber=5938395-0
] [25fcc781bc623ab9aa64cd353dedd9ea4d26f25f42663c86729fb5475265c70071d
9b287b6849bf2fb7915427ebde6c4c20c3877853a0184234ab4b2107e6cba]]
**Document description:** Proposed Form of Order
**Original filename:** U:\00-3837\552890\Order Approving Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=10/25/2007] [FileNumber=5938395-1
] [72fab3d713a928a29eb764e0321abf55ad4bfb6434585494a7e47f39733e1ba6cd9
0ec77c6e457ec6bc5d3c63093da14569311b7cbe8e397dca5cf5713457b34]]

**00-03837-JKF Notice will be electronically mailed to:**

Eric B. Abramson     eabramson@serlinglaw.com

Benjamin C. Ackerly     backerly@hunton.com

Dallas L. Albaugh     dalbaugh@pryorcashman.com

Daniel J. Anker     danankerlaw@aol.com

# TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Related Bankruptcy Case #:**  Owens Corning, et al., Case No. 00-3837 JKF

**Deputy Clerk Transferring Case:**  Teresa Southerland

**Case Type:**  Bankruptcy

**Nature of Suit:**  Recover Money

**Cause of Transmittal:**  Docket item no. 20342, dated 4/27/2007, Reorganized Debtors' Objection to Proof of Claim Number 2853 of Yvonne Cox.

**Parties:**  Owens Corning, et al. v. Yvonne Cox

**Plaintiff's Counsel:**
Kathleen P. Makowski
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

**Defendant's Counsel:**
William J. Rhodunda, Jr.
OBERLY, JENNINGS & RHODUNDA, P.A.
P.O. Box 2054
Wilmington, DE 19899-2054
Telephone: (302) 576-2000