IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Owens Corning, *et al.* | : | Civil Action No. 07-714 |
| | : | |
| v. | : | |
| | : | |
| Yvonne Cox | : | |

O R D E R

AND NOW, this 7th day of January 2008, in accordance with the November 19, 2007 order in the Bankruptcy proceeding,

IT IS hereby ORDERED that the Motion for Withdrawal of the Reference is GRANTED and the reference of the proceedings relating to the claim at issue is WITHDRAWN from the United States Bankruptcy Court for the District of Delaware.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,                Sr. J.