IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: OWENS CORING, *et al.*

| | | |
|---|---|---|
| OWENS CORNING, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action 07-714(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE COX, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | Bankruptcy Case No. 00-3837 |

**MOTION OF DEFENDANT YVONNE COX FOR
TRANSFER OF VENUE TO THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

Defendant Yvonne Cox, by and through undersigned counsel, hereby moves this Honorable Court for the entry of an order, substantially in the form attached hereto as Exhibit A, transferring the venue of the captioned civil action to the United States District Court for the Western District of Michigan. The basis for the relief requested is set forth in the Memorandum of Points and Authorities in Support of Motion of Yvonne Cox for Transfer of Venue to the United States District Court for the Western District of Michigan, filed contemporaneously herewith.

Dated: January 18, 2008
Wilmington, Delaware

SULLIVAN·HAZELTINE·ALLINSON LLC

/s/ William A. Hazeltine
William D. Sullivan (Del ID No. 2820)
William A. Hazeltine (Del ID No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Defendant Yvonne Cox*

1

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: OWENS CORING, *et al.*

| | | |
|---|---|---|
| OWENS CORNING, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action 07-714(JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE COX, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | Bankruptcy Case No. 00-3837 |

**ORDER GRANTING MOTION OF DEFENDANT YVONNE COX
FOR TRANSFER OF VENUE TO THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

AND NOW, this _____ day of January, 2008, having considered the Motion of Defendant Yvonne Cox for Transfer of Venue to the United States District Court for the Western District of Michigan (the "Motion") and finding good cause to grant the relief requested in the Motion, it is hereby ordered as follows:

1. The Motion is granted.

2. The captioned matter shall be and hereby is transferred to the United States District Court for the Western District of Michigan.

_____
John P. Fullam
United States District Court Judge

## CERTIFICATE OF SERVICE

  I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 18th day of January, 2008, I caused a copy of the foregoing *Motion of Defendant Yvonne Cox for Transfer of Venue to the United States District Court for the Western District of Michigan* to be served upon the parties listed below in the manner indicated

**HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Kathleen P. Makowski, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899-1266
Fax: (302) 421-6813

  Under penalty of perjury, I declare that the foregoing is true and correct.

*January 18, 2008*          */s/ William A. Hazeltine*
Date               William A. Hazeltine