IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : <br> : <br> OWENS CORNING, *et al.*, : <br> : <br> Reorganized Debtors.[1] : <br> : | Bankr. Case No. 00-3837 (JKF) |
| OWENS CORNING, *et al,*. : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> YVONNE COX, : <br> Defendant. : | Civil Action 07-714 (JJF) <br><br> Related to Docket Nos. 5 and 6 |

### RESPONSE OF OWENS CORNING, *ET AL.* TO MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

The Reorganized Debtors, Owens Corning, *et al.* ("Owens Corning"), by and through undersigned counsel, hereby respond to the Motion of Defendant Yvonne Cox for Transfer of Venue to the United States District Court for the Western District of Michigan (the "Motion"), filed January 18, 2008. Owens Corning has reviewed the Motion and does not object to the requested transfer of venue of the above-captioned civil action to the United States District Court for the Western District of Michigan.

---

[1]   The Reorganized Debtors are as follows: Owens Corning Sales, LLC f/k/a Owens Corning, CDC Corporation, Engineered Yarns America, Inc., Exterior Systems, Inc., Falcon Foam Corporation, Fibreboard Corporation, HOMExperts LLC, Integrex, Integrex Professional Services LLC, Integrex Testing Systems LLC, Integrex Supply Chain Solutions LLC, Integrex Ventures LLC, Jefferson Holdings, Inc., Owens-Corning Fiberglas Technology Inc., Owens Corning HT, Inc., Owens-Corning Overseas Holdings, Inc., Owens Corning Remodeling Systems, LLC and Soltech, Inc., as reorganized pursuant to the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (as modified through September 26, 2006).

555731
Response of Owens Corning, *et al.* to Motion to Transfer Venue

Dated: January 22, 2008

Respectfully submitted,

SAUL EWING LLP

By: _____
Norman L. Pernick (No. 2219)
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Tel: (302) 421-6800
Fax: (302) 421-6813
npernick@saul.com
kstickles@saul.com

and

Adam H. Isenberg
MaryJo Bellew (No. 4519)
Centre Square West
1500 Market Street
Philadelphia, PA 19102
Tel: (215) 972-7777

Counsel to the Reorganized Debtors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| OWENS CORNING, *et al.*, : | Bankr. Case No. 00-3837 (JKF) |
| : | |
| Reorganized Debtors. : | |
| : | |
| OWENS CORNING, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action 07-714 (JJF) |
| : | |
| YVONNE COX, : | Related to Docket Nos. 5 and 6 |
| Defendant. : | |

**CERTIFICATE OF SERVICE**

I, J. Kate Stickles, Esquire, of Saul Ewing LLP, hereby certify that on January 22, 2008, a copy of the **Response of Owens Corning, *et al.* to Motion to Transfer Venue to the United States District Court for the Western District of Michigan** was served by first class mail, postage prepaid, and electronic mail on counsel for the Defendant Yvonne Cox:

| | |
|---|---|
| Sullivan•Hazeltine•Allinson LLC | R. Kevin Thieme, P.C. |
| William D. Sullivan, Esquire | R. Kevin Thieme, Esquire |
| William A. Hazeltine, Esquire | 560 Grand Plaza Place |
| 4 East 8th Street, Suite 400 | 220 Lyon Street, N.W. |
| Wilmington, DE 19801 | Grand Rapids, MI 49503-2210 |

Dated: January 22, 2008

Respectfully submitted,

SAUL EWING LLP

By: _____
J. Kate Stickles (No. 2917)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Tel: (302) 421-6800
Fax: (302) 421-6813
kstickles@saul.com

555731
Response of Owens Corning, *et al.* to Motion to Transfer Venue