IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Owens Corning, *et al.* | : Civil Action No. 07-714 |
| v. | : |
| Yvonne Cox | : |

## ORDER

AND NOW, this 24" day of January 2008, upon consideration of Yvonne Cox's Motion to Transfer Venue to the United States District Court for the Western District of Michigan, which Owens Corning does not oppose,

IT IS hereby ORDERED that the Motion is GRANTED and pursuant to 28 U.S.C. § 157(b)(5), the action is TRANSFERRED to the United States District Court for the Western District of Michigan.

BY THE COURT:

John P. Fullam,      Sr. J.